PER CURIAM.

(No. 74-CC-865—

EUGENE C. ANANDAPPA, M.D., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 29, 1974.*

EUGENE C. ANANDAPPA, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-9—

ABBOTT LABORATORIES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 29, 1974.*

ABBOTT LABORATORIES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.